# Third District Court of Appeal

## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0017
Lower Tribunal Nos. F98-36722, & F99-4398

_____


**Marco Pace,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Marco Pace, in proper person.

Ashley Moody, Attorney General, for appellee.


Before HENDON, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See State v. McBride, 848 So. 2d 287, 290 (Fla. 2003) ("Although res judicata may not apply to motions filed under rule 3.800, the similar, but more narrow, doctrine of collateral estoppel, or issue preclusion, does apply."); Ali v. State, 911 So. 2d 164, 166 (Fla. 3d DCA 2005) ("[T]he trial court correctly denied the defendant's claim regarding lack of notice as this claim may not be raised in a motion to correct an illegal sentence pursuant to Florida Rule of Criminal Procedure 3.800 . . . .").